

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00318-CR

Dale Allen **MINCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 358487
The Honorable Liza Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 17, 2013.

_____
Rebeca C. Martinez, Justice